UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| Sherry Reese,<br><br>　　　　　　Plaintiff,<br>　v.<br><br>Consolidated Credit Counseling Services, Inc.,<br><br>　　　　　　Defendant. | Civil Action No.: 5:15-cv-00397-FB |

**NOTICE OF SETTLEMENT**

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 60 days.

Dated: August 7, 2015

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　By:　/s/ Sergei Lemberg

　　　　　　　　　　　　　　　　　　　Sergei Lemberg, *Attorney-in-Charge*
　　　　　　　　　　　　　　　　　　　Connecticut Bar No. 425027
　　　　　　　　　　　　　　　　　　　LEMBERG LAW, L.L.C.
　　　　　　　　　　　　　　　　　　　1100 Summer Street, 3rd Floor
　　　　　　　　　　　　　　　　　　　Stamford, CT 06905
　　　　　　　　　　　　　　　　　　　Telephone: (203) 653-2250
　　　　　　　　　　　　　　　　　　　Facsimile:  (203) 653-3424
　　　　　　　　　　　　　　　　　　　E-mail: slemberg@lemberglaw.com
　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 7, 2015, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court Western District of Texas Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                        By   /s/ Sergei Lemberg

                                             Sergei Lemberg